THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEVADA STAR RESOURCE CORP. (U.S.) and PURE NICKEL, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROBERT AGRISANO and MONTY D. MOORE,<br><br>    Defendants. | No. 2:13-cv-00618-RSL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE OVERLENGTH SUMMARY JUDGMENT OPPOSITION**<br><br>Noted on Motion Calendar: July 8, 2013 |

THIS MATTER having come for hearing before the undersigned Judge on Plaintiffs' Motion to File Overlength Summary Judgment Opposition ("Motion"), and the Court having considered the materials filed on this issue, and being fully advised; now, therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED (Dkt. # 68). Plaintiffs' Opposition to Defendants' Motion for Summary Judgment shall not exceed 34 pages. Defendants' Reply shall not exceed 22 pages.

DATED this 12th day of July, 2013.

*MrT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION TO FILE OVERLENGTH SUMMARY JUDGMENT OPPOSITION - 1
No. 2:12-CV-00481 RAJ

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900