UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
NEVADA STAR RESOURCE CORP. (U.S.),
et al.,

            Plaintiffs,

    v.

ROBERT ANGRISANO, et al.,

            Defendants.
_____)

Cause No. C13-618RSL

ORDER STRIKING STIPULATED
PROTECTIVE ORDER

       On December 5, 2013, Plaintiffs filed a "Stipulated Protective Order" (Dkt. # 84). Pursuant to Local Civil Rule 26(c), parties are encouraged to use this district's model protective order and "[p]arties that wish to depart from the model order must provide the court with a redlined version identifying departures from the model." Neither party has submitted a redlined version of the protective order even though the stipulated protective order varies from the model.

       Accordingly, the stipulated protective order (Dkt. # 84) is hereby STRICKEN. The parties may re-file the stipulated protective order with a redlined version pursuant to LCR 26(c).

ORDER STRIKING STIPULATED
PROTECTIVE ORDER

1     DATED this 9th day of December, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STRIKING STIPULATED
PROTECTIVE ORDER             -2-